---

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Coolinko, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3  6 – 4  8  9  7  6  9  7

**4. Debtor's address**

**Principal place of business**

1261 N Patt St
Number        Street

_____

Anaheim, CA 92801-2550
City                          State        ZIP Code

Orange
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State        ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Coolinko, Inc.
_____    Case number *(if known)* _____
        Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    4    5    9    1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                            MM / DD / YYYY

      District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                        MM / DD / YYYY

      Case number, if known _____

Debtor     Coolinko, Inc.                                                                    Case number *(if known)*
                Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number          Street |
| | _____ |
| | City                                    State       ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99          ☐ 1,000-5,000    ☐ 5,001-10,000       ☐ 25,001-50,000   ☐ 50,000-100,000 |
| | ☐ 100-199   ☐ 200-999      ☐ 10,001-25,000                        ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000    ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000   ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million ☐ $100,000,001-$500 million       ☐ More than $50 billion |

Debtor    Coolinko, Inc.
      Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/28/2023_
    MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

Printed name    Huan Cao

Title _President_

**18. Signature of attorney**

X /s/ Bert Briones
Signature of attorney for debtor

Date _02/28/2023_
    MM/ DD/ YYYY

Bert Briones
Printed name

Red Hill Law Group
Firm name

15615 Alton Parkway 210
Number     Street

Irvine
City

CA
State

92618
ZIP Code

(888) 733-4455
Contact phone

bb@redhilllawgroup.com
Email address

237594
Bar number

CA
State

```
Fill in this information to identify the case:

Debtor name _____ Coolinko, Inc. _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2023         X _____
            MM/ DD/ YYYY              Signature of individual signing on behalf of debtor

                                       Huan Cao
                                      Printed name

                                      President
                                      Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____Coolinko, Inc._____

United States Bankruptcy Court for the:

_____Central District of California_____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**
   Copy line 88 from *Schedule A/B*...............................................................................................

   | $0.00 |

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................

   | $6,728.00 |

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................

   | $6,728.00 |

**Part 2:**  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $164,032.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $0.00 |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   + | $813,372.00 |

4. **Total liabilities**..................................................................................................................
   Lines 2 + 3a + 3b

   | $977,404.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Coolinko, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.  Cash on hand** | |

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  Chase Bank | Checking account | 8388 | $442.00 |

**4.  Other cash equivalents** *(Identify all)*
    **None**

**5.  Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$442.00**

### Part 2:    Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

| Debtor | **Coolinko, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**

   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.     **$0.00**

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:     **$0.00**     -     **$0.00**     = ......➜     **$6,286.00**

    face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     _____     -     _____     = ......➜     _____

    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$6,286.00**

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of fund or stock:          % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor    **Coolinko, Inc.**                                                 Case number *(if known)* _____
            Name

---

        None

17.  **Total of Part 4**
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

     None

20.  **Work in progress**

     None

21.  **Finished goods, including goods held for resale**

     None

22.  **Other inventory or supplies**

     None

23.  **Total of Part 5**
     Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $0.00

24.  **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

---

Debtor    **Coolinko, Inc.**                                              Case number *(if known)*
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31. Farm and fishing supplies, chemicals, and feed**

   None

**32. Other farming and fishing-related property not already listed in Part 6**

   None

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                              $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **Coolinko, Inc.**
Name
Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **None** | | | |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 **No single item is valued at over $725.** | (Unknown) | | $0.00 |

**43.** Total of Part 7

Add lines 39 through 42. Copy the total to line 86.                                                            $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor    **Coolinko, Inc.**                                          Case number *(if known)* _____
          Name

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑No
    ☐Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

---

**Part 9:** Real Property

---

54. **Does the debtor own or lease any real property?**
    ☑No. Go to Part 10.
    ☐Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.        $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑No
    ☐Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑No
    ☐Yes

---

**Part 10:** Intangibles and Intellectual Property

---

Debtor   **Coolinko, Inc.**                                              Case number *(if known)* _____
         Name

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   **None**

**61.** **Internet domain names and websites**

   **None**

**62.** **Licenses, franchises, and royalties**

   **None**

**63.** **Customer lists, mailing lists, or other compilations**

   **None**

**64.** **Other intangibles, or intellectual property**

   **None**

**65.** **Goodwill**

   **None**

**66.** **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                      $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

---

Debtor    **Coolinko, Inc.**                                                Case number *(if known)*
Name

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Coolinko, Inc.**                                     Case number *(if known)* _____
          Name

<div style="background:black;color:white">**Part 12:**</div> Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $442.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $6,286.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $6,728.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................................... | | $6,728.00 |

**Fill in this information to identify the case:**

Debtor name ___Coolinko, Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>Small Business Administration | **Describe debtor's property that is subject to a lien** | $164,032.00 | unknown |
| **Creditor's mailing address**<br>409 3rd Street SW<br>Washington, DC 20416-0000 | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $164,032.00

Fill in this information to identify the case:

Debtor name _____ Coolinko, Inc. _____

United States Bankruptcy Court for the:
_____ Central District of California

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim _____     Priority amount _____

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Total claim _____     Priority amount _____

Debtor   **Coolinko, Inc.**
_____      Case number *(if known)* _____
        Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**BSD Capital, Inc. DBA Lendistry**

**1735 Flight Way Ste 450**

**Tustin, CA 92782-1847**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: __unknown__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.2**   Nonpriority creditor's name and mailing address

**Eagle Law Corporation**

**17500 Red Hill Ave Ste 230**

**Irvine, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: __unknown__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.3**   Nonpriority creditor's name and mailing address

**Monster Peeps LLC**

**Eli Mansour (Agent)**

**12544 HIGH BLUFF DRIVE 400**

**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: __$813,372.00__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

---

**3.4**   Nonpriority creditor's name and mailing address

**Wozniak Distribution, LLC**

**NORTHWEST REGISTERED AGENT, INC.**

**2108 N St Ste N**

**Sacramento, CA 95816-5712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: __unknown__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Remarks:** Co-Plaintiff with Monster Peeps, LLC

| Debtor | **Coolinko, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:#222;color:#fff">Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Global Legal Law Firm** <br> **322 Encinitas Blvd Ste 200** <br> **Encinitas, CA 92024-3780** | Line **3.3** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **The Watkins Firm, APC** <br> **9915 Mira Mesa Blvd Ste 130** <br> **San Diego, CA 92131-7003** | Line **3.3** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Coolinko, Inc.**

Name

Case number *(if known)*

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$813,372.00** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$813,372.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Coolinko, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): _____ | Chapter ___7___ |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Commercial Lease<br>Contract to be REJECTED<br><br>13 months | YB Properties, LLC<br>16 Ascension<br>Irvine, CA 92612-3272 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name   **Coolinko, Inc.**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California** _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Cao, Huan Minh | 9431 Tudor Ln<br>Street<br><br>Garden Grove, CA 92841-3428<br>City     State     ZIP Code | YB Properties, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 | _____ | Street<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street<br><br>City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **Coolinko, Inc.**                         Case number (if known) _____
        Name

| | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ <br> Street <br> _____ <br><br> _____ <br> City     State     ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name _____ Coolinko, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | _____ $27,926.00 |
| **For prior year:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,774,090.00 |
| **For the year before that:** From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,965,885.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    Coolinko, Inc.
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Small Business Administration<br>Creditor's name<br><br>409 3rd Street SW<br>Street<br><br><br>Washington, DC 20416-0000<br>City          State     ZIP Code | 11/04/2022 | $731.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  BSD Capital, Inc. DBA Lendistry<br>Creditor's name<br><br>1735 Flight Way Ste 450<br>Street<br><br><br>Tustin, CA 92782-1847<br>City          State     ZIP Code | 12/01/2022<br><br>01/23/2023 | $6,556.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 2

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____    _____    _____    _____
Creditor's name

_____
Street

_____
_____
City              State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____    _____    _____    _____
Creditor's name

XXXX– __ __ __

_____
Street

_____
_____
City              State    ZIP Code

---

**Part 3:** Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. MONSTERPEEPS LLC VS BAKEN LLC | Breach of Contract/Warranty | Superior Court of the State of California, County of San Diego, Central Division | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 1100 Union St | ☐ Concluded |
| **Case number** | | Street | |
| 37-2022-00031593-CU-BC-CTL | | | |
| | | San Diego, CA 92101-3809 | |
| | | City              State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor    Coolinko, Inc.                                             Case number *(if known)* _____
          Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name
_____

Street                                  **Case title**                          **Court name and address**
_____
                                        _____        Name
City            State    ZIP Code       **Case number**                         Street

                                        _____
                                        **Date of order or assignment**         City            State    ZIP Code

                                        _____

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City            State    ZIP Code

**Recipient's relationship to debtor**
_____

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor  Coolinko, Inc.

Name

Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Red Hill Law Group | Attorney's Fee | 02/20/2023 | $5,000.00 |
| | **Address** | Court Filing Fee | 02/10/2023 | $338.00 |
| | 15615 Alton Parkway 210 <br> Street | | | |
| | Irvine, CA 92618 <br> City            State     ZIP Code | | | |
| | **Email or website address** | | | |
| | bb@redhilllawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Lan Le | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Eagle Law Corporation | Attorney Fee | 12/30/2022 | $5,000.00 |
| | **Address** | | | |
| | 17500 Red Hill Ave. 230 <br> Street | | | |
| | Irvine, CA 92614 <br> City            State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

   Do not include transfers already listed on this statement.

   ☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor    Coolinko, Inc.
    Name

Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|-----|-----|-----|-----|
| | | | | |

**Address**

_____
Street

_____

_____
City    State   ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|-----|-----|
| 14.1. _____ <br> Street <br><br> _____ <br><br> _____ <br> City  State  ZIP Code | From _____ To _____ |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  Coolinko, Inc. _____    Case number (If known) _____
     Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |

| | | |
|---|---|---|
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City _____ State __ ZIP Code | _____ <br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City _____ State ___ ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor  Coolinko, Inc.
_____
Name

Case number *(if known)* _____

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State      ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Coolinko, Inc.                                                 Case number *(if known)* _____
             Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    Coolinko, Inc.                                                    Case number (if known) _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1.
_____        _____        EIN: __ __ – __ __ __ __ __ __ __
Name

| | | Dates business existed |
Street

From _____  To _____

City          State    ZIP Code

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. Lynne Tomita                                          From 09/02/2020  To _____
Name

9441 Coronet Ave
Street

Westminster, CA 92683-6516
City                    State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.
_____                                      From _____  To _____
Name

_____
Street

_____
City                    State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
_____                                      _____
Name                                                       _____

_____
Street

_____
City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   Coolinko, Inc.   Case number *(if known)*
_____
Name

| Name and address | |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | City          State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City          State          ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cao, Huan | 9431 Tudor Ln Garden Grove, CA 92841-3428 | Owner, | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Saehyun Heo | 8817 Stardust Ln Anaheim, CA 92804-5716 | CEO, Director, Secretary, | From 11/16/2021<br>To   08/16/2022 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    Coolinko, Inc.                                                Case number *(if known)* _____
              Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City                State     ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:** **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____02/28/2023_____
                    MM / DD / YYYY

X _____                    Printed name  _____Huan Cao_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____President____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Bert Briones<br>Bar Number: 237594<br>Red Hill Law Group<br>15615 Alton Parkway 210<br>Irvine, CA 92618<br>Phone: (888) 733-4455<br>Email: bb@redhilllawgroup.com<br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Coolinko, Inc. | CASE NO.: |
|---|---|
| | CHAPTER:  Chapter 7 |
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __02/28/2023__

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __02/28/2023__

__/s/ Bert Briones_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Aaron Bloom, Esq.
1801 Century Park E
Los Angeles, CA 90067

BSD Capital, Inc. DBA
Lendistry
1735 Flight Way Ste 450
Tustin, CA 92782-1847

Huan Minh Cao
9431 Tudor Ln
Garden Grove, CA 92841-3428

Eagle Law Corporation
17500 Red Hill Ave Ste 230
Irvine, CA 92614

EDD
371 W 3rd St
San Bernardino, CA 92401-0000

Franchise Tax Board
Bankruptcy, PIT MS A-340
PO Box 2952
Sacramento, CA 95812

Global Legal Law Firm
322 Encinitas Blvd Ste 200
Encinitas, CA 92024-3780

Saehyun Heo
8817 Stardust Ln
Anaheim, CA 92804-5716

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Monster Peeps LLC
Eli Mansour (Agent)
12544 HIGH BLUFF DRIVE 400
San Diego, CA 92130

Small Business
Administration
409 3rd Street SW
Washington, DC 20416-0000

The Watkins Firm, APC
9915 Mira Mesa Blvd Ste 130
San Diego, CA 92131-7003

Richard Roger Therrien, Esq.
24310 Moulton Pkwy Ste O-541
Laguna Woods, CA 92637-3306

Wozniak Distribution, LLC
NORTHWEST REGISTERED AGENT, INC.
2108 N St Ste N
Sacramento, CA 95816-5712

YB Properties, LLC
16 Ascension
Irvine, CA 92612-3272

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.    (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.    (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.    (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ Irvine _____ , California

_____
Signature of Debtor

Date: _02/28/2023_____

_____
Signature of Joint Debtor

---

*December 2012*      This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1.STMT.RELATED.CASES**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Bert Briones
Bar Number:  237594
Red Hill Law Group
15615 Alton Parkway 210
Irvine, CA 92618
Phone: (888) 733-4455
Email: bb@redhilllawgroup.com

☑ *Attorney for:*  Coolinko, Inc.

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:
Coolinko, Inc.

Debtor(s).

Plaintiff(s),

Defendant(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 7

### CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO RBP 1007(A)(1)
### AND 7007.1, AND LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____ Huan Cao _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

☒    I am the president or other officer or an authorized agent of the Debtor corporation

☐    I am a party to an adversary proceeding

☐    I am a party to a contested matter

☐    I am the attorney for the Debtor corporation

2.a.    ☐    The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

_____

b.    ☒    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:    _02/28/2023_    By:    _____
                                                Signature of Debtor, or attorney for Debtor

                          Name:    _Huan Cao_
                                                Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                          **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## FOR THE
### CENTRAL DISTRICT OF CALIFORNIA

## BOARD RESOLUTION AND STATEMENT OF AUTHORITY TO SIGN AND FILE BANKRUPTCY PETITION

I, Huan Cao, President of Coolinko, Inc, declare that on February 28, 2023 the following resolution was duly adopted by the shareholders of the corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Codes;

Be it Therefore Resolved, that, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 Voluntary Bankruptcy proceeding on behalf of the Corporation; and,

Be it Further Resolved, that, President of the Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all documents necessary and proper to prosecute the bankruptcy proceeding on behalf of the Corporation in connection with the proceeding; and,

Be it Further Resolved, that, is authorized and directed to employ the law firm of RED HILL LAW GROUP and Bert Briones to represent the Corporation in such bankruptcy proceeding."

Attested to this 28th day of February, 2023

Signed: _____
Huan Cao